1  **GARY BRICKWOOD, State Bar No. 94892**
   **BRICKWOOD LAW OFFICE**
2  1135 Pine Street, Suite 210
   Redding, CA  96001
3  (530) 245-1877
   FAX: (530) 245-1879
4
   Attorneys for Defendants
5  SHASTA COUNTY, CARY ERICKSON, TOM FLEMING,
   RAY HUGHES, DAVID RENFER, KYLE WALLACE, ERIC MAGRINI,
6  GENE RANDALL, NICK THOMPSON, CRAIG TIPPINGS and JESSE WELLS, M.D.

7                    IN THE UNITED STATES DISTRICT COURT

8                   FOR THE EASTERN DISTRICT OF CALIFORNIA

9   BOBBY DARRELL JOHNSON;
    SHARON KAY JOHNSON,                    Case No. 2:14-CV-01338-KJM-EFB
10  TANYA SUEANN JOHNSON and ANGELA
    JOHNSON, a minor, through her mother and
11  Next Friend, TANYA JOHNSON; individually,   [PROPOSED] ORDER RE: MOTION FOR
                                                PROTECTIVE ORDER
12      Plaintiffs,

13        vs.

14  SHASTA COUNTY, a public entity; SHASTA
    COUNTY SHERIFF DEPUTIES CARY
15  ERICKSON, TOM FLEMMING, RAY
    HUGHES, DAVID RENFER, and KYLE
16  WALLACE; SHASTA COUNTY SHERIFF
    SERGEANT ERIC MAGRINI, and SHASTA
17  COUNTY SHERIFF DETECTIVES GENE
    RANDAL, NICK THOMPSON, and CRAIG
18  TIPPINGS; SHASTA COUNTY VOLUNTEER
    DR. JESSE WELLS, M.D.; SUTTER COUNTY,
19  a public entity; SUTTER COUNTY, public
    entity, SUTTER COUNTY SHERIFF
20  DETECTIVE MATTHEW MAPLES, SUTTER
    COUNTY SHERIFF LIEUTENANT JAMES
21  CASNER, and SUTTER COUNTY SHERIFF
    OFFICER, MICHAEL T. GWINNUP, and
22  DOES 1-10, Jointly and Severally,

23      Defendants.
    _____/
24

ORDER RE DEFENDANTS' MOTION FOR PROTECTIVE ORDER
1

The hearing on the Motion by Shasta County for a protective order regarding the location of Defendants' depositions was heard by the Court on September 30, 2015 at 10:00 a.m. in Courtroom 8 of the above-entitled Court. Kennedy Helm appeared for Plaintiffs, Jeff Clause appeared for Sutter County defendants and Gary Brickwood appeared for Shasta County defendants.

The Court has considered the moving papers, the joint statement of each party and supporting declarations and heard argument from the parties at the time of the hearing. It appears to the Court that good cause exists for partial relief on the Defendants' Motion and therefore, the Court orders as follows:

IT IS ORDERED that the depositions of Shasta County Defendants Magrini, Bertain and Wells, presently scheduled for October 6 in Sacramento may be conducted in Sacramento as scheduled. It is further ordered that the depositions presently scheduled for October 7, of Shasta County Defendants Erickson, Wallace, Tippings and Hughes may proceed as scheduled in Sacramento. However, the Court orders that Plaintiffs shall reimburse Shasta County for travel expenses for the four deputies in the amount of $749.80 and for 5 hours attorney time at $220 per hour for Gary Brickwood to travel to Sacramento for the deposition in Sacramento on October 7 in the amount of $1,100. The Court further orders that the depositions scheduled for October 8 of Shasta County Defendants Fleming, Renfer, Thompson and Randall will be conducted in Redding. It is further the order of this Court that each party shall bear their own costs and expenses regarding the depositions to be conducted on Tuesday, October 6 in Sacramento and Thursday, October 8 in Redding, without prejudice to Plaintiffs' bill of costs or motion for reasonable attorneys' fees and expenses should they prevail in this matter. It is further the order of this Court that this order shall not affect any determination of recovery of costs and/or fees to

/////

be made in connection with the final determination of this case, if any, including Plaintiffs' bill of costs and/or motion for reasonable attorneys' fees and expenses should they prevail in this matter.

DATED: October 6, 2015.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Approved as to form:

DATED: October 2, 2015        /s/ T. KENNEDY HELM
                              T. KENNEDY HELM
                              Attorney for Plaintiffs

DATED: October 2, 2015        /s/      JEFF CLAUSE
                              JEFF CLAUSE
                              Attorney for Defendants Sutter Co., et al.

ORDER RE DEFENDANTS' MOTION FOR PROTECTIVE ORDER
3