UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY DARRELL JOHNSON, et al., | No. 2:14-cv-1338-KJM-EFB |
| Plaintiffs, | |
| v. | ORDER |
| SHASTA COUNTY, et al., | |
| Defendants. | |

On June 17, 2015, this case was before the court for hearing on plaintiffs' motions to compel non-party Mary Todd's compliance with a subpoena duces tecum. ECF No. 35. The subpoena at issue requested Ms. Todd to produce an attachment to a search warrant that had been ordered sealed by the Sutter County Superior Court. *See* ECF No. 42 at 3 (Joint Statement on Mot. to Compel). After the hearing, the court reserved ruling on the motion until after the parties had attempted to resolve the dispute before the California Superior Court.

It appears from the record in this case that the parties were able to successfully resolve their dispute before the California Superior Court. On October 23, 2015, plaintiffs filed a motion for partial summary judgment. ECF No. 66. The motion indicates that plaintiffs have since obtained the attachment to the search warrant that was sought by the subpoena duces tecum. *Id*. at 14 n.2.

/////

1

1  Accordingly, the motion to compel non-party Mary Todd's compliance with a subpoena
2  duces tecum (ECF No. 35) is moot and therefore denied.
3  So Ordered.
4  DATED: November 23, 2015.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE