UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY DARRELL JOHNSON, et al., | No. 2:14-cv-1338-KJM-EFB |
| Plaintiffs, | |
| v. | ORDER |
| SHASTA COUNTY, et al., | |
| Defendants. | |

On December 15, 2015, the magistrate judge filed findings and recommendations, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS ORDERED that:

1. The Findings and Recommendations filed December 15, 2015, are ADOPTED; and

/////

/////

2. The discovery cutoff date of December 18, 2015, is extended for the limited purpose of resolving the discovery issue identified in the magistrate judge's December 15 findings and recommendations.

DATED: January 6, 2016

_____
UNITED STATES DISTRICT JUDGE