1  MICHAEL J. HADDAD (State Bar No. 189114)
   JULIA SHERWIN (State Bar No. 189268)
2  T. KENNEDY HELM (State Bar No. 282319)
   GLENN KATON (State Bar No. 281841)
3  HADDAD & SHERWIN LLP
   505 Seventeenth Street
4  Oakland, California94612
   Telephone: (510) 452-5500
5  Facsimile:  (510) 452-5510

6
   Attorneys for Plaintiffs Bobby Johnson,
7  Sharon Johnson, Tanya Johnson,
   and A.J., a minor
8

9                    **UNITED STATES DISTRICT COURT**

10                   **EASTERN DISTRICT OF CALIFORNIA**

11

12 BOBBY DARRELL JOHNSON; SHARON KAY       )   No: 2:14-CV-01338-KJM-EFB
   JOHNSON; TANYA SUEANN JOHNSON; and      )
13 A.J., a minor,through her mother and Next Friend, )   Hon. Kimberly J. Mueller
   TANYA JOHNSON; individually,            )
14                                         )   Hon. Kendall J. Newman
                                           )
15          Plaintiffs,                    )
   vs.                                     )   **ORDER GRANTING**
16                                         )   **UNOPPOSED MOTION TO**
   SHASTA COUNTY, a public entity; SHASTA  )   **APPROVE MINOR'S**
17 COUNTY SHERIFF CAPTAIN ANTHONY          )   **COMPROMISE**
   BERTAIN; DEPUTIES CARY ERICKSON, TOM    )
18 FLEMMING, RAY HUGHES, DAVID RENFER,     )
   and KYLE WALLACE;  SHASTA COUNTY        )
19 SHERIFF SERGEANT ERIC MAGRINI, and      )
   SHASTA COUNTY SHERIFF DETECTIVES        )
20 GENE RANDAL, NICK THOMPSON, and CRAIG   )
   TIPPINGS;SHASTA COUNTY VOLUNTEER DR.    )
21 JESSE WELLS, M.D.;SUTTER COUNTY, a public )
   entity; SUTTER COUNTY SHERIFFDETECTIVE  )
22 MATTHEW MAPLES, SUTTER COUNTY           )
   SHERIFF LIEUTENANT JAMES CASNER, and    )
23 SUTTER COUNTY SHERIFF OFFICER           )
   MICHAEL T. GWINNUP, and DOES 1–10,Jointly )
24 and Severally,                          )
                                           )
25                                         )
          Defendants.                      )
26                                         )
                                           )
27 _____     )

28

Pending before the Court is Plaintiffs' unopposed motion pursuant to Local Rule 202(b) for approval of the settlement in this case as it pertains to minor Plaintiff A.J.  After careful consideration of the motion and the applicable law, the Court grants the motion without a hearing as follows:

The Court finds that settlement of the case with $30,000 of Plaintiffs' overall $100,000 recovery going to minor A.J. when she reaches the age of majority is in A.J.'s best interests and is fair and reasonable under the circumstances.

Accordingly, is it ORDERED that within 30 days of the entry of this order, Defendants shall issue the payments required by the settlement agreement and Haddad & Sherwin LLP shall promptly issue payment to A.J. upon receipt of payment by Sutter and Shasta Counties pursuant to the following:

Haddad & Sherwin LLP shall write a check to Union Bank in trust for A.J. (using her legal name) in the amount of $30,000.00, to be placed in a blocked bank account at Union Bank, 1805 Market Street, Redding, CA 96001.  Union Bank shall release A.J.'s funds to A.J. upon her reaching 18 years of age.

IT IS SO ORDERED.

Signed April 18, 2016.

HON. KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE