**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
John R. Whitefleet, SBN 213301
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants SUTTER COUNTY, MATTHEW MAPLES, JAMES CASNER and MICHAEL GWINNUP

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY DARRELL JOHNSON; SHARON KAY JOHNSON; TANYA SUEANN JOHNSON; and A.J., a minor, through her mother and Next Friend, TANYA JOHNSON; individually<br><br>Plaintiffs,<br><br>vs.<br><br>SHASTA COUNTY, public entity; SHASTA COUNTY SHERIFF DEPUTIES CARY ERICKSON, TOM FLEMMING, RAY HUGHES, DAVID RENFER, and KYLE WALLACE; SHASTA COUNTY SHERIFF SERGEANT ERIC MAGRINI, and SHASTA COUNTY SHERIFF DETECTIVES GENE RANDAL, NICK THOMPSON, and CRAIG TIPPINGS; SHASTA COUNTY VOLUNTEER DR. JESSE WELLS, M.D.; SUTTER COUNTY, a public entity; SUTTER COUNTY, public entity; SUTTER COUNTY SHERIFF DETECTIVE MATTHEW MAPLES, SUTTER COUNTY SHERIFF LIEUTENANT JAMES CASNER, and SUTTER COUNTY SHERIFF OFFICER MICHAEL T. GWINNUP, and DOES 1-10, Jointly and Severally,<br><br>Defendants.<br>_____/ | Case No.: 2:14-CV-01338-KJM-EFB<br><br>**STIPULATION AND ORDER TO EXTEND REMISSION OF PAYMENT IN ACCORDANCE WITH THE MINOR'S COMPROMISE ORDER [DOC 134]**<br><br>2nd Amended Complaint Filed: January 15, 2015 |

**1**
**STIPULATION AND ORDER TO EXTEND REMISSION OF PAYMENT IN ACCORDANCE WITH THE MINOR'S COMPROMISE ORDER [DOC 134]**
{01552740.DOC}

ALL PARTIES, THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE, AND REQUEST THIS COURT TO EXTEND the remission of payment in accordance with the Minor's Compromise Order (Docket No. 134) for 14 days to **June 1, 2016**.

The parties request the extension for the following reason:

1. The parties in good-faith have been attempting to resolve specific language in the release and obtaining signatures which has been delayed due to unforeseen circumstances. The parties are working diligently to resolve and finalize the documents, which requires additional time in order to remit the payment.

**IT IS SO STIPULATED.**

Date: May 18, 2016         PORTER SCOTT
                           A PROFESSIONAL CORPORATION

                           By: /s/ John R. Whitefleet
                               John R. Whitefleet
                               Attorney for Defendants
                               SUTTER COUNTY, MATTHEW MAPLES,
                               JAMES CASNER and MICHAEL T. GWINNUP

Dated: May 18, 2016        HADDAD & SHERWIN, LLP

                           By: /s/ Julia Sherwin *(as authorized on 5/18/16)*
                               Michael J. Haddad
                               Julia Sherwin
                               Attorneys for Plaintiffs
                               BOBBY DARRELL JOHNSON, SHARON KAY
                               JOHNSON, TANYA JOHNSON and A.J

Dated: May 18, 2016        BRICKWOOD LAW OFFICE

                           By: /s/ Gary Brickwood *(as authorized on 5/18/16)*
                               Gary Brickwood
                               Attorney for Defendants
                               SHASTA COUNTY, CARY ERICKSON, TOM
                               FLEMMING, RAY HUGHES, DAVID RENFER,
                               KYLE WALLACE, ERIC MAGRINI, GENE
                               RANDAL, NICK THOMPSON, CRAIG TIPPINGS
                               and JESSE WELLS, M.D.

# **ORDER**

Good cause appearing, IT IS HEREBY ORDERED that remission of payment in accordance with the Minor's Compromise Order is extended to **June 1, 2016.**

Dated: May 18, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE