1  MICHAEL J. HADDAD (State Bar No. 189114)
   JULIA SHERWIN (State Bar No. 189268)
2  T. KENNEDY HELM (State Bar No. 282319)
   HADDAD & SHERWIN LLP
3  505 Seventeenth Street
   Oakland, California  94612
4  Telephone: (510) 452-5500
5  Facsimile:   (510) 452-5510

6  Attorneys for Plaintiffs Bobby Johnson,
   Sharon Johnson, Tanya Johnson,
7  and A.J., a minor

8

9                  UNITED STATES DISTRICT COURT

10              EASTERN DISTRICT OF CALIFORNIA

11

12  BOBBY DARRELL JOHNSON; SHARON KAY          )
    JOHNSON; TANYA SUEANN JOHNSON; and         )   No: 2:14-CV-01338-KJM-EFB
    ANGELA JOHNSON, a minor, through her mother )
13  and Next Friend, TANYA JOHNSON; individually, )  Hon. Kimberly J. Mueller
                                                )
14              Plaintiffs,                     )   **STIPULATION AND ORDER**
                                                )   **FOR TWO-WEEK**
15  vs.                                         )   **CONTINUANCE FOR FILING**
                                                )   **DISPOSITIONAL**
16  SHASTA COUNTY, a public entity; SHASTA      )   **DOCUMENTS**
    COUNTY SHERIFF DEPUTIES CARY               )
17  ERICKSON, TOM FLEMMING, RAY HUGHES,         )
    DAVID RENFER, and KYLE WALLACE;            )
18  SHASTA COUNTY SHERIFF SERGEANT ERIC         )
    MAGRINI, and SHASTA COUNTY SHERIFF         )
19  DETECTIVES GENE RANDAL,  NICK              )
    THOMPSON, and CRAIG TIPPINGS; SHASTA       )
20  COUNTY VOLUNTEER DR. JESSE WELLS,          )
    M.D.; SUTTER COUNTY, a public entity; SUTTER )
21  COUNTY SHERIFF DETECTIVE MATTHEW            )
    MAPLES, SUTTER COUNTY SHERIFF              )
22  LIEUTENANT JAMES CASNER, and SUTTER        )
    COUNTY SHERIFF OFFICER MICHAEL T.          )
23  GWINNUP, and DOES 1–10, Jointly and Severally, )
                                                )
24                                              )
                                                )
25              Defendants.                     )
                                                )
26                                              )

27  _____

28
    No: 2:14-CV-01338-KJM-EFB: STIP. & ORD. FOR 2-WK. CONTIN. FOR FILING DISP. DOCS.

IT IS HEREBY STIPULATED by the parties hereto, through their respective undersigned counsel, that the deadline for filing the dispositional documents in this case (i.e., the stipulation and proposed order of dismissal) be extended by two weeks until June 10, 2016.  Magistrate Judge Kendall J. Newman had ordered dispositional documents to be filed within 60 days of the Settlement Conference, held on March 30, 2016, or by May 27, 2016.  (*See* Doc. 132).

Good cause exists for a two-week extension.  While the parties have finalized the settlement documents, additional time is necessary for processing of the settlement checks due to some clerical errors.

Dated:  May 26, 2016                                         HADDAD & SHERWIN LLP

By: */s/ T. Kennedy Helm*
    T. KENNEDY HELM
    Attorneys for Plaintiffs

BRICKWOOD LAW OFFICE

Dated:  May 26, 2016                                         By: */s/ Gary Brickwood**
    GARY BRICKWOOD
    Attorney for Defendants
    SHASTA COUNTY, CARY ERICKSON,
    TOM FLEMMING, RAY HUGHES,
    DAVID RENFER, KYLE WALLACE,
    ERIC MAGRINI, GENE RANDAL,
    NICK THOMPSON, CRAIG TIPPINGS, and
    JESSE WELLS, M.D.

PORTER SCOTT, P.C.

Dated: May 26, 2016                                         By: */s/ John R. Whitefleet**
    JOHN R. WHITEFLEET
    Attorney for Defendants
    SUTTER COUNTY, MATTHEW MAPLES,
    JAMES CASNER,
    and MICHAEL T. GWINNUP

*Messrs. Brickwood and Whitefleet provided their consent that this document be electronically filed.

No: 2:14-CV-01338-KJM-EFB: STIP. & ORD. FOR 2-WK. CONTIN. FOR FILING DISP. DOCS.     1

1

## ORDER

2

   Having reviewed the Stipulation of the parties and good cause appearing, IT IS HEREBY

3

ORDERED that the deadline to file dispositional documents in this action is continued for two

4

weeks, from May 27, 2016, to June 10, 2016.

5

IT IS SO ORDERED.

6

Dated:  May 27, 2016

7

8

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

No: 2:14-CV-01338-KJM-EFB: STIP. & ORD. FOR 2-WK. CONTIN. FOR FILING DISP. DOCS.      2