MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
T. KENNEDY HELM (State Bar No. 282319)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, California  94612
Telephone: (510) 452-5500
Facsimile:   (510) 452-5510

Attorneys for Plaintiffs Bobby Johnson,
Sharon Johnson, Tanya Johnson,
and A.J., a minor

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY DARRELL JOHNSON; SHARON KAY JOHNSON; TANYA SUEANN JOHNSON; and ANGELA JOHNSON, a minor, through her mother and Next Friend, TANYA JOHNSON; individually,<br><br>Plaintiffs,<br><br>vs.<br><br>SHASTA COUNTY, a public entity; SHASTA COUNTY SHERIFF DEPUTIES CARY ERICKSON, TOM FLEMMING, RAY HUGHES, DAVID RENFER, and KYLE WALLACE; SHASTA COUNTY SHERIFF SERGEANT ERIC MAGRINI, and SHASTA COUNTY SHERIFF DETECTIVES GENE RANDAL, NICK THOMPSON, and CRAIG TIPPINGS; SHASTA COUNTY VOLUNTEER DR. JESSE WELLS, M.D.; SUTTER COUNTY, a public entity; SUTTER COUNTY SHERIFF DETECTIVE MATTHEW MAPLES, SUTTER COUNTY SHERIFF LIEUTENANT JAMES CASNER, and SUTTER COUNTY SHERIFF OFFICER MICHAEL T. GWINNUP, and DOES 1–10, Jointly and Severally,<br><br>Defendants. | No: 2:14-CV-01338-KJM-EFB<br><br>Hon. Kimberly J. Mueller<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND (PROPOSED) ORDER** |

1   IT IS HEREBY STIPULATED by the parties hereto, through their respective undersigned counsel, that pursuant to the settlement between the parties in this matter, the above-captioned action be dismissed with prejudice in its entirety, all parties to bear their own attorneys' fees and costs.

Dated: June 9, 2016    HADDAD & SHERWIN LLP

By: */s/ T. Kennedy Helm*
   T. KENNEDY HELM
   Attorneys for Plaintiffs


BRICKWOOD LAW OFFICE

Dated: June 9, 2016    By: */s/ Gary Brickwood**
   GARY BRICKWOOD
   Attorney for Defendants
   SHASTA COUNTY, CARY ERICKSON,
   TOM FLEMMING, RAY HUGHES,
   DAVID RENFER, KYLE WALLACE,
   ERIC MAGRINI, GENE RANDAL,
   NICK THOMPSON, CRAIG TIPPINGS, and
   JESSE WELLS, M.D.


PORTER SCOTT, P.C.

Dated: June 9, 2016    By: */s/ John R. Whitefleet**
   JOHN R. WHITEFLEET
   Attorney for Defendants
   SUTTER COUNTY, MATTHEW MAPLES,
   JAMES CASNER,
   and MICHAEL T. GWINNUP

*Messrs. Brickwood and Whitefleet provided their consent that this document be electronically filed.

No: 2:14-CV-01338-KJM-EFB: STIP. OF DISMISSAL WITH PREJUDICE & PROP. ORD.    1

# **ORDER**

Having reviewed the Stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that plaintiffs' second amended complaint and action herein is dismissed in full and with prejudice in its entirety, all parties to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated:  June __, 2016

_____
Hon. Kimberly J. Mueller
UNITED STATES DISTRICT JUDGE